# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on May 27, 2022 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): ___

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 31st day of May, 2022.

Clerk of Court

By: s/ Helen M. Reese
Deputy Clerk

### Case Information

Case Name & Case No.    Donald J. Trump, et al.   v. Letitia James
                        1:21-CV-1352 (BKS/CFH)
Docket No. of Appeal:   38
Documents Appealed:     36 & 37

Fee Status:   Paid X         Due ___          Waived (IFP/CJA)___
    IFP revoked ___    Application Attached ___    IFP pending before USDJ ___

Counsel:        Retained X    Pro Se ___

Time Status:  Timely X        Untimely ___

Motion for Extension of Time:      Granted ___    Denied ___

Certificate of Appealability:    Granted ___    Denied ___    N/A ___

State Court Papers are being sent by UPS as of: _____

APPEAL,CLOSED

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.6 (Revision 1.6.3)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:21–cv–01352–BKS–CFH
### *Internal Use Only*

| | |
|---|---|
| Trump et al v. James | Date Filed: 12/20/2021 |
| Assigned to: Judge Brenda K. Sannes | Date Terminated: 05/27/2022 |
| Referred to: Magistrate Judge Christian F. Hummel | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Donald J. Trump**  represented by  **Alina Habba**
Habba Madaio & Associates LLP
1430 US Highway 206 – Suite 240
Bedminister, NJ 07921
908–869–1188
Email: ahabba@habbalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Michael T Madaio**
Habba Madaio & Associates LLP
1430 US Highway 206 – Suite 240
Bedminster, NJ 07921
908–869–1188
Email: mmadaio@habbalaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Plaintiff**

**Trump Organization LLC**  represented by  **Alina Habba**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Michael T Madaio**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

V.

**Defendant**

**Letitia James**
*in her official capacity as Attorney General for the State of New York*

represented by  **Andrew Amer**
New York State Attorney General – New York Office
28 Liberty Street
New York, NY 10005
212–416–6127
Email: andrew.amer@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status:* Phv
*Fee Status:* paid

**Colleen K Faherty**
NYS Office of The Attorney General
28 Liberty St. – 18th Floor
New York, NY 10005
212–416–6046
Fax: 212–416–6009
Email: colleen.faherty@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:* Active
*Fee Status:* paid_2021

**Kevin C. Wallace**
Office of Attorney General – NY Office
28 Liberty Street
New York, NY 10005
212–416–6376
Email: kevin.wallace@ag.ny.gov
*ATTORNEY TO BE NOTICED*
*Bar Status:* Active
*Fee Status:* paid_2022

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2021 | 1 | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF with Jury Demand against Letitia James (Filing fee $402 receipt number ANYNDC–5748409) filed by Donald J. Trump, Trump Organization LLC. (Attachments: # 1 Civil Cover Sheet)(hmr) (Entered: 12/20/2021) |
| 12/20/2021 | 2 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 3/21/2022 at 09:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 3/14/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (hmr) (Entered: 12/20/2021) |
| 12/21/2021 |  | CLERK'S CORRECTION OF DOCKET ENTRY #3: Clerk deleted DKT Entry # 3 Letter as it was filed in error. (gmd, ) (Entered: 12/21/2021) |
| 12/21/2021 | 3 | REQUEST FOR ISSUANCE OF SUMMONS(ES): Donald J. Trump, Trump Organization LLC is requesting summons(es) be issued as to (Habba, Alina) (Main Document 3 replaced on 12/22/2021) (hmr, ). (Entered: 12/21/2021) |
| 12/22/2021 |  | CLERK'S CORRECTION OF DOCKET ENTRY re 3 Request for Issuance of Summons(es): Clerk replaced this document with a completed document, the original proposed summons did not have the attorney's name and address listed on it. (hmr) (Entered: 12/22/2021) |
| 12/22/2021 | 4 | Summons Issued as to Letitia James. (hmr) (Entered: 12/22/2021) |
| 01/06/2022 | 5 | AFFIDAVIT of Service for Summons, Complaint, and Civil Cover Sheet served on LETITIA JAMES on 01/05/2022, filed by Donald J. Trump, Trump Organization LLC. (Habba, Alina) (Entered: 01/06/2022) |
| 01/06/2022 |  | ***Answer due date updated for Letitia James answer due 1/26/2022. (hmr) (Entered: 01/06/2022) |
| 01/10/2022 | 6 | MOTION for Preliminary Injunction filed by Donald J. Trump, Trump Organization LLC. Motion returnable before Judge Brenda K. Sannes Response to Motion due by 1/31/2022. Reply to Response to Motion due by 2/7/2022 (Attachments: # 1 Declaration, # 2 Memorandum of Law, # 3 Proposed Order/Judgment) (Habba, Alina) |

| | | |
|---|---|---|
| | | (Additional attachment(s) added on 1/10/2022: # 4 Exhibit(s) A) (egr, ). (Attachment 4 replaced on 1/10/2022) (egr, ). (Entered: 01/10/2022) |
| 01/10/2022 | | CLERK'S CORRECTION OF DOCKET ENTRY re 6 Motion for Preliminary Injunction, filed by Donald J. Trump, Trump Organization LLC – Clerk added Exhibit A, which was to have been filed at time of motion – received via email from Plaintiff's Attorney's. (egr) (Entered: 01/10/2022) |
| 01/11/2022 | 7 | NOTICE of Appearance by Colleen K Faherty on behalf of Letitia James (Faherty, Colleen) (Entered: 01/11/2022) |
| 01/11/2022 | 8 | MOTION for Limited Admission Pro Hac Vice of Andrew Stuart Amer Filing fee $100, receipt number ANYNDC–5768507. (Attachments: # 1 Declaration Declaration of Colleen K. Faherty, # 2 Exhibit(s) Petition for admission, # 3 Exhibit(s) Attorney registration form, # 4 Exhibit(s) Certificate of good standing, # 5 Proposed Order/Judgment Proposed order for pro hac vice admission) Motions referred to Christian F. Hummel. (Faherty, Colleen) (Entered: 01/11/2022) |
| 01/12/2022 | 9 | TEXT ORDER granting 8 Motion for Limited Admission Pro Hac Vice of Andrew Stuart Amer, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Authorized by Magistrate Judge Christian F. Hummel on 1/12/2022. (tab) (Entered: 01/12/2022) |
| 01/12/2022 | 10 | NOTICE of Appearance by Kevin C. Wallace on behalf of Letitia James (Wallace, Kevin) (Entered: 01/12/2022) |
| 01/13/2022 | 11 | NOTICE of Appearance by Andrew Amer on behalf of Letitia James (Amer, Andrew) (Entered: 01/13/2022) |
| 01/24/2022 | 12 | Letter Motion from AAG Colleen K. Faherty for Letitia James requesting 5–page extension of the 25–page limit submitted to Judge Brenda K. Sannes . (Faherty, Colleen) (Entered: 01/24/2022) |
| 01/26/2022 | 13 | TEXT ORDER: granting 12 letter motion requesting an extension of the 25 page limit. Defendant may file an oversized brief, not to exceed 30 pages in length, in support of a motion to dismiss. SO ORDERED by Judge Brenda K. Sannes on 1/26/2022. (nmk) (Entered: 01/26/2022) |
| 01/26/2022 | 14 | MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes, MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes Response to Motion due by 2/16/2022. Reply to Response to Motion due by 2/23/2022 (Faherty, Colleen) (Entered: 01/26/2022) |
| 01/26/2022 | 15 | MEMORANDUM OF LAW re 14 Motion to Dismiss for Failure to State a Claim,, Motion to Dismiss/Lack of Subject Matter Jurisdiction, filed by Letitia James. (Faherty, Colleen) (Entered: 01/26/2022) |
| 01/26/2022 | 16 | AFFIDAVIT in Support re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes filed by Letitia James. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H, # 9 Exhibit(s) I, # 10 Exhibit(s) J)(Faherty, Colleen) (Entered: 01/26/2022) |
| 01/31/2022 | 17 | RESPONSE in Opposition re 6 MOTION for Preliminary Injunction filed by Donald J. Trump, Trump Organization LLC. Motion returnable before Judge Brenda K. Sannes filed by Letitia James. (Amer, Andrew) (Entered: 01/31/2022) |
| 02/03/2022 | 18 | Letter Motion from Alina Habba, Esq. for Donald J. Trump, Trump Organization LLC requesting 5–page extension of the 25–page limit, permission to file a reply brief in response to Defendants opposition to the preliminary injunction motion, and |

| | | |
|---|---|---|
| | | permission for Plaintiffs reply brief to Defendants motion to dismiss be due on February 16, 2022 submitted to Judge Brenda K. Sannes . (Habba, Alina) (Entered: 02/03/2022) |
| 02/04/2022 | 19 | TEXT ORDER: granting 18 letter request. Plaintiffs may file an oversized memorandum of law, not to exceed 30 pages in length, in response to the 14 motion to dismiss. Further, plaintiffs may file a reply, not to exceed 10 pages in length, regarding their 8 motion for preliminary injunction. Both filings are due by 2/16/2022. SO ORDERED by Judge Brenda K. Sannes on 2/4/2022. (nmk) (Entered: 02/04/2022) |
| 02/16/2022 | 20 | TEXT NOTICE: The Rule 16 Initial Conference scheduled for March 21, 2022 at 9:00 AM before Magistrate Judge Christian F. Hummel and the deadline to submit a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date pending a decision on the dispositive motion. (tab) (Entered: 02/16/2022) |
| 02/16/2022 | 21 | RESPONSE in Opposition re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes filed by Donald J. Trump, Trump Organization LLC. (Attachments: # 1 Declaration)(Habba, Alina) (Attachment 1 replaced on 2/18/2022) (hmr, ). (Entered: 02/16/2022) |
| 02/16/2022 | 22 | REPLY to Response to Motion re 6 MOTION for Preliminary Injunction filed by Donald J. Trump, Trump Organization LLC. Motion returnable before Judge Brenda K. Sannes filed by Donald J. Trump, Trump Organization LLC. (Habba, Alina) (Entered: 02/16/2022) |
| 02/18/2022 | 23 | EXHIBIT A to Declaration (Dkt. 21−1) by Donald J. Trump, Trump Organization LLC re 21 RESPONSE in Opposition re 14 MOTION to Dismiss for Failure to State a Claim (Habba, Alina) (Main Document 23 replaced on 2/18/2022) (egr). Modified on 2/18/2022 (egr). (Entered: 02/18/2022) |
| 02/18/2022 | | CLERK'S CORRECTION OF DOCKET ENTRY re 23 EXHIBIT A to Declaration (Dkt. 21−1). Main document replaced at request of Plaintiff's Attorney to include full Exhibit A rather than previous 1 page document; provided to Clerk via e−mail attachment. Docket Entry association changed to reflect Docket 21 rather than Docket 22. (egr) (Entered: 02/18/2022) |
| 02/18/2022 | | CLERK'S CORRECTION OF DOCKET ENTRY re 21 Response in Opposition to Motion: Clerk replaced attachment 1 − Declaration with a corrected Declaration which has the correct motion (motion to dismiss instead of motion for preliminary injunction) listed in paragraph 2. (hmr) (Entered: 02/18/2022) |
| 02/23/2022 | 24 | REPLY to 21 RESPONSE re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes *REPLY Memorandum of Law* filed by Letitia James. (Faherty, Colleen) Modified on 2/24/2022 to reflect that this is Defendants Reply not Response (ztc, ). (Entered: 02/23/2022) |
| 02/23/2022 | 25 | REPLY AFFIDAVIT re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes *Reply Declaration of Colleen K. Faherty* filed by Letitia James. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D)(Faherty, Colleen) Modified on 2/24/2022 to reflect that this is part of Defendant's Reply(ztc, ). (Entered: 02/23/2022) |
| 02/24/2022 | | CLERK'S CORRECTION OF DOCKET ENTRY re 25 Reply Affidavit in Support of Motion, 24 REPLY, Clerk updated docket text to reflect that these two docket entries are Defendants Reply to the 14 Motion to Dismiss not the Response. (ztc, ) (Entered: 02/24/2022) |
| 02/28/2022 | 26 | NOTICE by Letitia James re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion |

| | | |
|---|---|---|
| | | returnable before Judge Brenda K. Sannes *Notice of a development pertinent to Defendant's motion to dismiss* (Attachments: # 1 Exhibit(s) A – notice of appeal)(Faherty, Colleen) (Entered: 02/28/2022) |
| 03/18/2022 | 27 | NOTICE by Letitia James re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes *Notice of supplemental authority* (Faherty, Colleen) (Entered: 03/18/2022) |
| 03/28/2022 | 28 | NOTICE by Letitia James re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes *Notice of a factual development pertinent to Defendant's motion to dismiss* (Attachments: # 1 Exhibit(s) A – 3–28–22 NY Proceeding Order)(Amer, Andrew) (Entered: 03/28/2022) |
| 03/30/2022 | 29 | TEXT ORDER: The Court has reviewed the parties' submissions in connection with Plaintiffs' motion for a preliminary injunction (Dkt. No. 6 ) and Defendant's motion to dismiss (Dkt. No. 14 ). Plaintiffs are directed to file, by April 15, 2022, a letter brief not to exceed 15 pages which (1) addresses Defendant's argument that the orders issued in the New York proceeding, including the February 17, 2022 order denying the motion to quash, are "final appealable judgments that have preclusive effect" (Dkt. No. 24 , at 13); and (2) explains, with supporting authority, why Plaintiffs could not raise the constitutional issues or relief they seek in this action in the state proceeding (e.g., Dkt. No. 21 , at 22, 23). SO ORDERED by Judge Brenda K. Sannes on March 30, 2022. (rep) (Entered: 03/30/2022) |
| 04/15/2022 | 30 | LETTER BRIEF by Donald J. Trump, Trump Organization LLC. (Attachments: # 1 Declaration Declaration of Alina Habba, # 2 Exhibit(s) Exhibit A – Hearing Transcript)(Habba, Alina) (Entered: 04/15/2022) |
| 04/29/2022 | 31 | TEXT ORDER: Defendant's request for oral argument 14 is granted. Oral argument on the pending motions 6 , 14 is set for 5/13/2022 at 10:00 AM via Microsoft Teams. The parties should be prepared to address: (1) whether the New York proceeding is a pending state civil enforcement proceeding "akin to a criminal prosecution in important respects," see Smith & Wesson Brands, Inc. v. Attorney General of New Jersey, 27 F.4th 886 (3d Cir. 2022); (2) whether the New York proceeding involves orders "uniquely in furtherance of the state courts' ability to perform their judicial functions" in light of the recent contempt ruling, see Cavanaugh v. Geballe, 28 F.4th 428 (2d Cir. 2022); and (3) the issues raised by Plaintiffs' most recent submission (Dkt. No. 30). SO ORDERED by Judge Brenda K. Sannes on 4/29/2022. (nmk) (Entered: 04/29/2022) |
| 05/03/2022 | 32 | NOTICE by Letitia James re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes *Notice to provide the Court with supplemental information concerning the procedural posture of the New York Proceeding* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4)(Faherty, Colleen) (Entered: 05/03/2022) |
| 05/11/2022 | 33 | NOTICE by Letitia James re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes *Notice to provide the Court with further, supplemental information concerning the procedural posture of the New York Proceeding* (Attachments: # 1 Exhibit(s) 1)(Faherty, Colleen) (Entered: 05/11/2022) |
| 05/12/2022 | 34 | NOTICE of Appearance by Michael T Madaio on behalf of Donald J. Trump, Trump Organization LLC (Madaio, Michael) (Entered: 05/12/2022) |
| 05/13/2022 | | TEXT Minute Entry for Motion Hearing held on 5/13/2022 held via Microsoft Teams before Judge Brenda K. Sannes re 6 motion for a preliminary injunction and 14 Defendant's motion to dismiss: After a lengthy discussion, questioning counsel and allowing supplemental arguments, the court reserves decision. A written order will be issued. Appearances: Alina Habba, Esq. and Michael Adaio, Esq. for plaintiffs; |

| | | |
|---|---|---|
| | | Andrew Amer, Esq. and Colleen Faherty, Esq. for defendant. (Court Reporter: Jodi Hibbard. Time: 10:00 AM – 11:00 AM) (nmk) (Entered: 05/13/2022) |
| 05/26/2022 | 35 | NOTICE by Letitia James re 14 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Brenda K. Sannes MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Brenda K. Sannes *Notice to provide the Court with supplemental information concerning the the New York Proceeding, specifically related to the portion of the proceeding that has been under review on appeal with the First Department* (Attachments: # 1 Exhibit(s) 1)(Faherty, Colleen) (Entered: 05/26/2022) |
| 05/27/2022 | 36 | MEMORANDUM–DECISION AND ORDER: It is hereby ORDERED that Defendant's motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(1) based upon the *Younger* abstention doctrine (Dkt. No. 14 ) is GRANTED, and the complaint is dismissed without prejudice. It is further ORDERED that Plaintiffs' motion for a preliminary injunction (Dkt. No. 6 ) is DENIED as moot, and the Clerk of Court is respectfully requested to close this case. Signed by Judge Brenda K. Sannes on 5/27/2022. (nmk) (Entered: 05/27/2022) |
| 05/27/2022 | 37 | JUDGMENT: It is ORDERED and ADJUDGED that Defendant's motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(1) based upon the *Younger* abstention doctrine (Dkt. No. 14 ) is GRANTED, and the complaint is dismissed without prejudice. It is further ORDERED that Plaintiffs' motion for a preliminary injunction (Dkt. No. 6 ) is DENIED as moot. (nmk) (Entered: 05/27/2022) |
| 05/27/2022 | 38 | NOTICE OF APPEAL as to 37 Judgment, 36 Order on Motion for Preliminary Injunction,,, Order on Motion to Dismiss for Failure to State a Claim,,, Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction,, by Donald J. Trump, Trump Organization LLC. Filing fee $ 505, receipt number ANYNDC–5918951. (Habba, Alina) (Entered: 05/27/2022) |
| 05/31/2022 | 39 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 38 Notice of Appeal. (hmr) (Entered: 05/31/2022) |