## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Trump v. James  Docket No.: 22-1175

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Deputy Solicitor General Judith N. Vale

Firm: Office of the New York Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: (212) 416-6274    Fax:

E-mail: judith.vale@ag.ny.gov

Appearance for: Defendant-Appellee Letitia James, in her official capacity as Attorney General for the State of New York
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Barbara D. Underwood, Office of the Attorney General )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/30/2018    OR

[ ] I applied for admission on .

Signature of Counsel: /s/ Judith N. Vale

Type or Print Name: Judith N. Vale