## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Trump v. James**    Docket No.: **22-1175**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Eric Del Pozo**

Firm: **N.Y. State Office of the Attorney General**

Address: **28 Liberty Street, 23rd Floor, New York, NY 10005**

Telephone: **212-416-8019**    Fax: **212-416-8962**

E-mail: **eric.delpozo@ag.ny.gov**

Appearance for: **Defendant-Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Judith N. Vale (N.Y. State Office of the Attorney General)** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **10/07/2019**    OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Eric Del Pozo**

Type or Print Name: **Eric Del Pozo**