# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of June, two thousand and twenty-two.

_____

| | |
|---|---|
| Donald J. Trump, Trump Organization LLC, | **ORDER** |
| Plaintiffs - Appellants, | Docket Number: 22-1175 |
| v. | |
| Letitia James, in her official capacity as Attorney General for the State of New York, | |
| Defendant - Appellee. | |

_____

A notice of appeal was filed on May 31, 2022. The Appellant's Acknowledgment and Notice of Appearance Form due June 14, 2022 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 29, 2022 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

