# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of June, two thousand and twenty-two.

_____

Donald J. Trump, Trump Organization LLC,

    Plaintiffs - Appellants,

v.

Letitia James, in her official capacity as Attorney General for the State of New York,

    Defendant - Appellee.

_____

**ORDER**
Docket Number: 22-1175

A notice of appeal was filed on May 31, 2022. Appellant's Form D was due June 14, 2022. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 29, 2022 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

