UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE**<br>Donald J. Trump et. al.<br>v.<br>Letitia James, et. al. | **DISTRICT**<br>Northern District of New York | **DOCKET NUMBER**<br>1:21-cv-1352 |
| | **JUDGE**<br>Hon. Brenda K. Sannes | **APPELLANT**<br>Donald J. Trump |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Alina Habba, Esq. |

| Check the applicable provision:<br>☐ I am ordering a transcript.<br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br>☐ Copy is already available<br>☑ No transcribed proceedings<br>☐ Other (Specify in the space below): | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)<br><br>The May 27, 2022 Order of the Hon. Brenda K. Sannes granting Defendant's motion to dismiss the Complaint, and denying Plaintiffs' motion for a preliminary injunction.<br><br>METHOD OF PAYMENT ☑ Funds ☐ CJA Voucher (CJA 21) |
|---|---|
| **INSTRUCTIONS TO COURT REPORTER:**<br>☑ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br>☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)<br><br>Alina Habba, Esq.<br>Habba Madaio & Associates<br>1430 U.S. Highway 206, Suite 240<br>Bedminster, New Jersey 07921<br>Telephone: (908) 869-1188 |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>s/ Alina Habba | DATE<br>June 15, 2022 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017