UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1175

**Motion for:** Reinstatement of Appeal

**Caption [use short title]**

Set forth below precise, complete statement of relief sought:

It is respectfully requested that the Court reinstate the instant appeal in light of Appellants' filing of an Acknowledgment and Notice of Appearance and a Form C in accordance with FRAP 12(b) and Local Rule 12.3.

Donald J. Trump, et. al v. Letitia James, et al.

**MOVING PARTY:** Donald J. Trump and Trump Organization LLC
**OPPOSING PARTY:** Letitia James, in her official capacity as Attorney General for the State of New York

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Alina Habba, Esq., Habba Madaio & Associates LLP
112 W. 34th Street, 17th & 18th Fls
New York, New York 10120

**OPPOSING ATTORNEY:** Judith Vale, Esq., Eric Del Pozo, Esq., NYS Office of the Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10005

[name of attorney, with firm, address, phone number and e-mail]

**Court- Judge/ Agency appealed from:** Hon. Brenda K. Sannes / Northern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?    ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Alina Habba    **Date:** 7/8/2022    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)