UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DONALD J. TRUMP and TRUMP ORGANIZATION LLC,

    *Plaintiffs-Appellants*,

-against-

LETITIA JAMES, in her official capacity as Attorney General for the State of New York,

    *Defendant-Appellee*.

Docket No. 22-1175

**AFFIRMATION IN SUPPORT OF APPELLANTS' MOTION TO REINSTATE APPEAL**

ALINA HABBA, ESQ., an attorney duly admitted and licensed to practice law before this Court, affirm under the penalty of perjury the following:

1.    I am the managing partner of the law firm of Habba Madaio & Associates LLP, attorneys of record for plaintiff-appellants, Donald J. Trump and The Trump Organization LLC (collectively, "Appellants") and am duly admitted to practice in the State of New York and the United State Court of Appeals for the Second Circuit.

2.    I have reviewed my file, and all matters pertinent to this action, and I am fully familiar with the facts and circumstances surrounding this case.

3.    This Affirmation is submitted in support of Appellants' motion to reinstate the instant appeal.

4.    On June 15, 2022, the Court filed three Orders: (i) an order, *see* ECF doc. no. 14, stating that Appellants were required to file an Acknowledgement and Notice of Appearance Form; (ii) an order, *see* ECF doc. no. 14, stating that Appellants were required to file a Civil Appeal Pre-Argument Statement ("Form C") by June 29, 2022; and (iii) an order, *see* ECF doc. no. 15, stating that Appellants were required to file a Civil Appeal Transcript Information ("Form D") by June

29, 2022.

5. On June 24, 2022, Appellants filed a Form D in accordance with Federal Rules of Appellate Procedure 12(b) and Local Rule 12.3.

6. Thereafter, the Court dismissed the instant appeal by way of Order dated July 8, 2022, *see* ECF doc. no. 21, due to the inadvertent omission of the requisite Form C.

7. On July 8, 2022, Appellants filed an Acknowledgement and Notice of Appearance and a Form C in accordance with Federal Rules of Appellate Procedure 12(b) and Local Rule 12.3.

8. A true and accurate copy of the Acknowledgement and Notice of Appearance filed on July 8, 2022 is annexed hereto as **Exhibit 1**.

9. A true and accurate copy of the Form C filed on July 8, 2022 is annexed hereto as **Exhibit 2**.

10. Based on these filings, the docket has been updated accordingly.

11. Appellants intend to move forward with the prosecution of the instant appeal.

12. Accordingly, for the reasons set forth herein, and in the interest of justice and preserving Appellants' rights on appeal, Appellants respectfully request that the Court reinstate the instant appeal.

Dated: July 8, 2022
New York, New York

Alina Habba, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
　-and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Phone: (908) 869-1188
Email: ahabba@habbalaw.com
*Attorneys for Plaintiffs-Appellants,*
*Donald J. Trump and Trump Organization LLC*

# EXHIBIT 1

# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Donald J. Trump, et al. v. Letitia James, et al.    Docket No.: 22-1175

Lead Counsel of Record (name/firm) or Pro se Party (name): Alina Habba, Esq., Habba Madaio & Associates LLP

Appearance for (party/designation): Donald J. Trump and Trump Organization LLC

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect.    Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                              Fax:
Email:

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Alina Habba
Type or Print Name: Alina Habba, Esq.
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# EXHIBIT 2

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
# CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.**   **2. PLEASE TYPE OR PRINT.**   **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption:<br><br>Donald J. Trump, et al.<br>v.<br>Letitia James, et al. | District Court or Agency:<br>Northern District of NY | Judge:<br>Hon. Brenda K. Sannes |
|---|---|---|
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>May 27, 2022 | District Court Docket No.:<br>1:21-cv-1352 |
| | Date the Notice of Appeal was Filed:<br>May 31, 2022 | Is this a Cross Appeal?<br>Yes   ✓ No |

| **Attorney(s) for Appellant(s):**<br>✓ Plaintiff<br>☐ Defendant | Counsel's Name:<br>Alina Habba, Esq.<br>Habba Madaio & Associates | Address:<br>112 West 34th Street,<br>17th & 18th Floors<br>New York, NY 10120 | Telephone No.:<br>908-869-1188 | Fax No.:<br>908-450-1881 | E-mail:<br>ahabba@habbalaw.com |
|---|---|---|---|---|---|
| **Attorney(s) for Appellee(s):**<br>☐ Plaintiff<br>✓ Defendant | Counsel's Name:<br>Judith Vale, Esq.<br>Eric Del Pozo, Esq.<br>NYS Office of the Attorney General | Address:<br>28 Liberty Street<br>New York, NY 10005 | Telephone No.:<br>212-416-6274 | Fax No.:<br>212-416-8962 | E-mail:<br>judith.vale@ag.ny.gov<br>eric.delpozo@ag.ny.gov |

| Has Transcript Been Prepared?<br><br>No | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously?   Yes   ✓ No<br><br>If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:        Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A:   JURISDICTION

**1. Federal Jurisdiction**

☐ U.S. a party       ☐ Diversity
✓ Federal question   ☐ Other (specify): _____
(U.S. not a party)

**2. Appellate Jurisdiction**

✓ Final Decision            ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
☐ Interlocutory Decision Appealable As of Right   ☐ Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

| PART B: DISTRICT COURT DISPOSITION (Check as many as apply) |||
|---|---|---|
| 1. Stage of Proceedings<br>✓ Pre-trial<br>  During trial<br>  After trial | 2. Type of Judgment/Order Appealed<br>  Default judgment<br>✓ Dismissal/FRCP 12(b)(1) lack of subj. matter juris.<br>  Dismissal/FRCP 12(b)(6) failure to state a claim<br>  Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint<br>  Dismissal/28 U.S.C. § 1915(e)(2) other dismissal<br><br>  Dismissal/other jurisdiction<br>  Dismissal/merit<br>  Judgment / Decision of the Court<br>  Summary judgment<br>  Declaratory judgment<br>  Jury verdict<br>  Judgment NOV<br>  Directed verdict<br>  Other (specify): | 3. Relief<br>Damages:<br>  Sought: $ _____<br>  Granted: $ _____<br>  Denied: $ _____<br><br>Injunctions:<br>✓ Preliminary<br>✓ Permanent<br>✓ Denied |

| PART C: NATURE OF SUIT (Check as many as apply) |
|---|

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust<br>Bankruptcy<br>Banks/Banking<br>✓ Civil Rights<br>Commerce,<br>Energy<br>Commodities<br>Other (specify): _____ | Communications<br>Consumer Protection<br>Copyright ☐ Patent<br>Trademark<br>Election<br>Soc. Security<br>Environmental | Freedom of Information Act<br>Immigration<br>Labor<br>OSHA<br>Securities<br>Tax | Admiralty/<br>Maritime<br>Assault /<br>Defamation<br>FELA<br>Products Liability<br>Other (Specify): | Admiralty/<br>Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable<br>Instruments<br>Other Specify | Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| Forfeiture/Penalty<br>Real Property<br>Treaty (specify): _____<br>Other (specify): _____ | Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | ✓ Yes    No<br><br>Will appeal raise a matter of first impression?<br><br>  Yes   ✓ No |

1. Is any matter relative to this appeal still pending below?   Yes, specify: _____   ✓ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal?   Yes   ✓ No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal?   ✓ Yes   No

If yes, state whether "A," or "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name:<br>People v. The Trump Organizaiton, Inc., et al. | Docket No.<br>451685/2020 | Citation: | Court or Agency:<br>Supreme Court of New York |
|---|---|---|---|

Name of Appellant:   Donald J. Trump

| Date:<br>July 8, 2022 | Signature of Counsel of Record:<br>/s/ Alina Habba |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

   **PLEASE NOTE:   IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.**  *SEE* LOCAL RULE 12.1.