# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July, two thousand twenty-two.

Donald J. Trump, Trump Organization LLC,

        Plaintiffs - Appellants,

v.

Letitia James, in her official capacity as Attorney General for the State of New York,

        Defendant - Appellee.

**ORDER**

Docket No. 22-1175

Appellants move to reinstate this appeal which was dismissed on a form default.

IT IS HEREBY ORDERED that the motion to reinstate is GRANTED. Appellants must file a scheduling notification letter within 7 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

