

Alina Habba, Esq.
Managing Partner
ahabba@habbalaw.com
Admitted to practice in NJ, NY, CT

July 12, 2022

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 100074

  Re: **Donald J. Trump, et al. v. Letitia James**
     **Docket No.: 22-1175**

Dear Ms. Wolfe:

  We represent the plaintiffs-appellants, Donald J. Trump and Trump Organization LLC (collectively, "Plaintiffs-Appellants"), in the above-captioned matter. Pursuant to the Local Rule 31.2(a)(1)(A) of the United States Court of Appeals for the Second Circuit, we respectfully request a deadline of September 21, 2022, for the filing of Plaintiffs-Appellants' opening brief. This date is within 91 days of June 24, 2022, the date of Plaintiffs-Appellants' filing of the Form D indicating that no transcript will be ordered.

  Please do not hesitate to contact our office with any questions or concerns.

        Respectfully submitted,

       */s/ Alina Habba/*

       Alina Habba, Esq.
       For Habba Madaio & Associates LLP

AH/rsi

cc:  All counsel of record (via ECF)

1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921 ▪ Tel. 908.869.1188