UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DONALD J. TRUMP and TRUMP
ORGANIZATION LLC,

        *Plaintiffs-Appellants*,

v.

LETITIA JAMES, in her official capacity as
Attorney General for the State of New York,

        *Defendant-Appellee.*

No. 22-1175

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), the undersigned counsel for the parties stipulate that the above-captioned appeal is withdrawn with prejudice, without costs or attorney's fees to any party.

Dated: January 24, 2023

Respectfully submitted,

| LETITIA JAMES | HABBA MADAIO & ASSOCIATES LLP |
|---|---|
| Attorney General of the State of New York | |
| By:  */s/ Eric Del Pozo* | By:  */s/ Alina Habba* |
|     Eric Del Pozo |     Alina Habba |
| Assistant Solicitor General | 112 West 34th Street |
| 28 Liberty Street, 23rd Floor | 17th & 18th Floors |
| New York, NY 10005 | New York, NY 10120 |
| Phone: (212) 416-8019 | Phone: (908) 869-1188 |
| *Attorney for Defendant-Appellee* | *Attorneys for Plaintiffs-Appellants* |