**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: January 27, 2023 | DC Docket #: 21-cv-1352 |
| Docket #: 22-1175cv | DC Court: NDNY (SYRACUSE) |
| Short Title: Trump v. James | DC Judge: Sannes |
| | DC Judge: Hummel |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8513.